IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO. 20-436 |
| v. | |
| KEVIN GUPTON | |

**O R D E R**

**AND NOW**, this 16th day of August, 2022, upon consideration of Petitioner Kevin Gupton's *pro se* Motion for a Sentence Reduction via 18 U.S.C. § 3582(c)(1)(A) (ECF No. 31), and the Government's Brief in Opposition thereto (ECF No. 34), **IT IS HEREBY ORDERED** that said Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*

WENDY BEETLESTONE, J.